UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DMYTRO KOVALENKO,<br><br>  Plaintiff(s),<br><br>  v.<br><br>EPIK HOLDINGS INC et al,<br><br>  Defendant(s). | CASE NO. 2:22-cv-01578-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Pending before the Court is Plaintiff Dmytro Kovalenko's motion for a preliminary injunction (the "PI Motion"), seeking preliminary injunctive relief against then-Defendants Epik Holdings Inc. and Anonymize Inc. Dkt. No. 2. The motion is noted for December 2, 2022.

(2) After filing the PI Motion, Plaintiff amended his complaint and named as Defendants Epik Holdings, Anonymize, and "John Does 1 through 5, doing business as www.warsawpoint.com." Dkt. No. 15 at 1.

(3) Plaintiff then voluntarily dismissed Epik Holdings and Anonymize from the action, leaving only "John Does 1 through 5" (the "Doe Defendants") as the Defendants in this action. Dkt. No. 16. Summons was issued for the Doe Defendants. Dkt. No. 18.

(4) Given that the PI Motion only sought relief against now-dismissed Defendants, the PI Motion is now moot.

(5) Accordingly, the Court hereby STRIKES the PI Motion. Plaintiff may file a renewed motion for injunctive relief at an appropriate time. Plaintiff is reminded of his obligation to provide proper notice to opposing parties or justify his failure to do so in accordance with all relevant rules and law.

Dated this 22nd day of November 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk